UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

HELEN SWARTZ, Individually,

      Plaintiff,

vs.                                    Case No. 1:16-cv-03078-PKC-GWG

KCL REALTY, LLC, a New York Limited
Liability Company, and A & J LEE 66
CHARLTON, LLC, a New York Limited
Liability Company,

      Defendants.

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiff, Helen Swartz, by and through undersigned counsel, and informs the Court that the Plaintiff and Defendants have reached a settlement and anticipate that the settlement documents will be executed within the next thirty (30) days.

Dated: November 3, 2016        Respectfully submitted,

                                                */s/ Lawrence A. Fuller*
                                                Lawrence A. Fuller, Esq. (LF 5450)
                                                Fuller, Fuller & Associates, P.A.
                                                12000 Biscayne Boulevard, Suite 502
                                                North Miami, FL 33181
                                                Telephone: (305) 891-5199
                                                Facsimile: (305) 893-9505
                                                lfuller@fullerfuller.com
                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of November, 2016, the foregoing document was filed via CM/ECF, which will automatically generate notice to counsel for the Defendant, Elena Yun, Esq., elena@yunlawllc.com, The Yun Law Firm, LLC, 7 Banta Place, Hackensack, NJ  07601

>  */s/  Lawrence A. Fuller*
> Lawrence A. Fuller, Esq. (LF 5450)
> Fuller, Fuller & Associates, P.A.
> 12000 Biscayne Boulevard, Suite 502
> North Miami, FL 33181
> Telephone: (305) 891-5199
> Facsimile:  (305) 893-9505
> lfuller@fullerfuller.com
> *Attorneys for Plaintiff*