IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW YORK
MANHATTAN DIVISION

HELEN SWARTZ, Individually,

    Plaintiff,

vs.

CASE NO.: 1:16-cv-03078-GWG

KCL REALTY LLC, a New York
Limited Liability Company, and
A&J LEE 66 CHARLTON LLC,
a New York Limited Liability Company.

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at _____, _____, this 2nd day of December, 2016.

_____
UNITED STATES ~~DISTRICT~~ JUDGE